UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

**FILED**

Aug 23 2024

ARTHUR JOHNSTON, CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**KISHARA MIXON-WINDING**　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

v.　　　　　　　　　　　　　　　CIVIL ACTION NO. 2:23-cv-00117-KS-MTP

**HMP NURSING SERVICES, INC.**　　　　　　　　　　　　　　　　　　**DEFENDANT**

## ORDER OF DISMISSAL

This cause comes before the Court *sua sponte,* following a settlement conference held on August 22th, 2024, announcing that the parties have reached a compromise and settlement of all pending claims in this matter. Accordingly, the Court being desirous of removing this matter from its docket:

IT IS HEREBY ORDERED that all claims pending in this matter are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

IT IS FURTHER ORDERED that this matter having been concluded, all motions pending in this matter, if any, are hereby denied as moot. The Court shall retain jurisdiction solely for the purpose of enforcing the parties' settlement agreement.

SO ORDERED AND ADJUDGED this ___22___ day of August 2024.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　KEITH STARRETT
　　　　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE