IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**KISHARA MIXON-WINDING**

v.                                          CIVIL NO. 2:23-cv-117-KS-MTP

**HMP NURSING SERVICES, INC.**

## JUDGMENT OF DISMISSAL

BE IT REMEMBERED that a JOINT STIPULATION OF DISMISSAL WITH PREJUDICE [41] was filed by the attorneys for both parties. The Court has noted that the parties agree that this action should be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Based on the joint stipulation, and the Court's desire to move its docket, finds that a judgment of dismissal should be GRANTED, herein.

Now, therefore, it is hereby ordered that Final Judgment of Dismissal is entered herein, pursuant to Rule 58 of the Federal Rules of Civil Procedure with this dismissal to be with prejudice and with each party to bear its own attorneys' fees and costs.

SO ORDERED, this the 22nd day of October 2024.

　　　　　　　　　　　　　　　　　　　　　/s/Keith Starrett
　　　　　　　　　　　　　　　　　　　　KEITH STARRETT
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge